```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**NATTEL**                              :

**v.**                                  :       NO. 3:04cv1061 (JBA)

**SAC CAPITAL**                         :

<u>**ENDORSEMENT ORDER [DOC. #39]**</u>

Motion to Amend [doc. #39] is GRANTED, absent objection. Plaintiff is directed to file its Third Amended Complaint forthwith.

IT IS SO ORDERED.

_____Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   <u>November    , 2004</u>**