UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NATTEL LLC                                    :

    vs.                                    :                    CIVIL NO: 3:04CV1061 JBA

SAC CAPITAL ADVISORS LLC          :
SAC CAPITAL MGMT. LLC
SAC CAPITAL ASSOC. LLC              :

JUDGMENT

This   action came on for consideration before the Honorable Janet Bond

Arterton, United States District Judge, on defendants' motion to dismiss, motion for

reconsideration and motion for sanctions.

The Court having considered all of the papers filed in conjunction with the

motions, on September 16, 2005, the Court entered a ruling Granting defendants'

motion to dismiss and Granting defendants' motion for reconsideration, but the Court

adheres to it prior decision that plaintiff may amend its complaint; defendants' motion

for sanctions is Denied.

It is hereby ORDERED and ADJUDGED that judgment is entered in favor of the

defendants' and the case is closed.

Dated at New Haven, Connecticut, this 19th day of September, 2005.

KEVIN F. ROWE, CLERK

EOD_____

BY ____/s/_____
    Betty J. Torday
    Deputy Clerk